DEFENDANT:  ADEPOJU BABATUNDE SALAKO

AGE/YOB: 32/1992

COMPLAINT FILED?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  N/A

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __X__ NO

OFFENSES:    Count 1:    Wire Fraud Conspiracy, 18 U.S.C. § 1349
Counts 2-7:    Wire Fraud and Aiding and Abetting Wire Fraud, 18 U.S.C. §§ 1343 and 2(a)
Count 8:    Money Laundering Conspiracy (Concealment and Spending), 18 U.S.C. § 1956(h)
Counts 9-12: Aggravated Identity Theft, 18 U.S.C. § 1028A

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:    Counts 1-7: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

    Count 8: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

    Counts 9-12: Imprisonment of NLT 2 years (mandatory minimum), to run consecutively to underlying felony violation

AGENT:    Anthony Giattino, Special Agent, USPS-OIG
Matthew Stoychoff, Special Agent, IRS-CI

AUTHORIZED BY:  Craig Fansler, Assistant U.S. Attorney
Theodore O'Brien, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less  __X__ over five days  _____ other

THE GOVERNMENT:

_____X___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.